This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Karen Deaton v. L & S Family Entertainment, LLC

| | |
|---|---|
| Case Number | 10C02-2008-CT-000115 |
| Court | Clark Circuit Court 2 |
| Type | CT - Civil Tort |
| Filed | 08/28/2020 |
| Status | 08/28/2020 , Pending (active) |

### Parties to the Case

**Defendant** L & S Family Entertainment, LLC

Attorney
Keith A Gaston
*#706949, Lead, Retained*

CRUSER MITCHELL NOVITZ SANCHEZ GASTON & ZIMET LLP
3077 East 98th Street
Suite 280
Indianapolis, IN 46280
317-816-0300(W)

Attorney
Bruce D. Jones
*#2862429, Retained*

Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
3077 East 98th Street
Suite 280
Indianapolis, IN 46280
317-816-0300(W)

Attorney
Bradley Michael Owen
*#3271132, Retained*

Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
3077 E 98th Street, Suite 280
Indianapolis, IN 46280
317-816-0300(W)

Attorney
Rachel O. Webster
*#3425149, Retained*

Cruser Mitchell Novitz Sanchez Gaston & Zimet, LLP
3077 E. 98th St.
Suite 280
Indianapolis, IN 46280
317-816-0300(W)

**Plaintiff** Deaton, Karen


EXHIBIT A

Attorney
Brandon W. Smith
*#2816522, Retained*

Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN 47150
812-670-3313(W)

## Chronological Case Summary

### 08/28/2020 Case Opened as a New Filing

### 08/28/2020 Appearance Filed
Appearance of Brandon Smith for Karen Deaton

| | |
|---|---|
| For Party: | Deaton, Karen |
| File Stamp: | 08/28/2020 |

### 08/28/2020 Complaint/Equivalent Pleading Filed
Complaint

| | |
|---|---|
| Filed By: | Deaton, Karen |
| File Stamp: | 08/28/2020 |

### 08/28/2020 Subpoena/Summons Filed
Summons to Capitol Corporate Services, Inc

| | |
|---|---|
| Filed By: | Deaton, Karen |
| File Stamp: | 08/28/2020 |

### 08/28/2020 Jury Trial Demand Filed

| | |
|---|---|
| Filed By: | Deaton, Karen |
| File Stamp: | 08/28/2020 |

### 09/28/2020 Notice Filed
Notice of Proof of Service

| | |
|---|---|
| Filed By: | Deaton, Karen |
| File Stamp: | 09/28/2020 |

### 09/28/2020 Appearance Filed
Appearance of Keith Gaston, Bruce Jones, Bradley Owen & Rachel Webster for L&S Family Entertainment, LLC

| | |
|---|---|
| For Party: | L & S Family Entertainment, LLC |
| File Stamp: | 09/28/2020 |

## Financial Information
* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Deaton, Karen**
Plaintiff

Balance Due (as of 09/29/2020)
0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 08/28/2020 | Transaction Assessment | 157.00 |
| 08/28/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

10C02-2008-CT-000115

Clark Circuit Court 2

Filed: 8/28/2020 11:29 AM
Clerk
Clark County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA ) | | CLARK COUNTY CIRCUIT COURT |
| ) SS: | | |
| COUNTY OF CLARK ) | | CAUSE NO.: |

KAREN DEATON )
)
   Plaintiff, )
)
v. )
)
L & S FAMILY ENTERTAINMENT, LLC )
)
<u>Serve Registered Agent</u>: )
Capitol Corporate Services, Inc. )
9221 Crawfordsville Rd. )
Indianapolis, IN 46234 )
)
   Defendant )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating <u>X</u>   Responding _____   Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party <u>Karen Deaton, Plaintiff</u>

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
   _____
   _____

   Telephone # of party _____

   FAX: _____

   Email Address: _____

      *(List on a continuation page additional parties this attorney represents in this case.)*

Page **1** of 3

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: Brandon W. Smith  Atty Number: #28165-22
   Address: Morgan & Morgan, 426 Bank Street, Suite 300, New Albany, IN 47150
   Phone: (812) 670-3313
   FAX: (812) 850-6875
   Email Address: brandonsmith@forthepeople.com
   *(List on continuation page additional attorneys appearing for above party)*

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. I will accept service from other parties by:
   FAX at the above noted number: Yes ____ No X
   Email at the above noted number: Yes ____ No X

5. This case involves child support issues. Yes ____ No X *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No X *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

   _____     Attorney's address
   _____     The Attorney General Confidentiality program address
   address is   (contact the Attorney General at 1-800-321-1907 or e-mail
                **confidential@atg.in.gov**).
   _____     Another address (provide)
   _____

7. This case involves a petition for involuntary commitment. Yes ____ No X

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

Page **2** of **3**

    a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
_____

    b. State of Residence of person subject to petition: _____

    c. At least one of the following pieces of identifying information:
       (i) Date of Birth _____
       (ii) Driver's License Number _____
           State where issued _____ Expiration date _____
       (iii) State ID number _____
           State where issued _____ Expiration date _____
       (iv) FBI number _____
       (v) Indiana Department of Corrections Number _____
       (vi) Social Security Number is available and is being provided in an attached confidential document Yes ____ No ____

9. There are related cases: Yes ____ No X *(If yes, list on continuation page.)*

10. Additional information required by local rule:
_____

11. There are other party members: Yes ____ No X *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
    Yes___ No X

*s/ Brandon W. Smith*
Brandon W. Smith   #28165-22
Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN 47150
812-670-3313 (t)
812-850-6875 (f)
brandonsmith@forthepeople.com
*Counsel for Plaintiff*

| | | |
|---|---|---|
| STATE OF INDIANA | ) | CLARK COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO.: |

KAREN DEATON                        )
                                    )
    Plaintiff,                )
                                    )
v.                                  )
                                    )
L & S FAMILY ENTERTAINMENT, LLC     )
                                    )
<u>Serve Registered Agent</u>:           )
Capitol Corporate Services, Inc.    )
9221 Crawfordsville Rd.             )
Indianapolis, IN 46234              )
                                    )
    Defendant

## COMPLAINT AND JURY DEMAND

Plaintiff, Karen Deaton, by counsel, states as follows for her Complaint:

1. At all relevant times, Plaintiff Karen Deaton permanently resided and was domiciled in Clark County, Indiana.

2. At all relevant times, Defendant L & S Family Entertainment was a Tennessee for-profit limited liability company with a principle office located in Hendersonville, Tennessee, that owned, controlled, operated, and maintained an entertainment center known as "Strike & Spare" located at 511 Little League Blvd Ste 100, Clarksville, IN, 47129, through its owners, managers, employees, agents and assigns.

3. This lawsuit alleges a tort injury that occurred in Clark County, Indiana, making this Court a proper and preferred venue to hear the action.

4. On or about the morning of March 14, 2020, Karen Deaton was a business invitee at Clarksville Strike & Spare using the roller skating rink.

5. Ms. Deaton was an experienced roller skater, and, at all relevant times, was skating within her range and ability, maintaining reasonable control of her speed and course, heeding all posted signs and warnings, maintaining a proper view, and otherwise skating in a reasonably safe manner exercising due care for her safety.

6. At all relevant times, in addition to common-law duties, Defendant, as an operator of a roller skating rink, owed Plaintiff duties pursuant to I.C. § 34-31-6-2, including (but not limited to) to maintain the skating surface in a proper and reasonably safe condition and to clean and inspect the skating surface before each skating session.

7. Known to Defendant but unknown to Ms. Deaton, Defendant had negligently and carelessly failed to clean the skating floor prior to opening, leaving trash and debris on the floor from the previous evening.

8. As a direct and proximate result of Defendant's negligence and breach of statutory duties, Ms. Deaton's skate struck an object on the floor, causing her to fall and sustain serious bodily injury.

9. As a direct and proximate result of her bodily injury, Plaintiff has and/or will incur in the future the following damages: medical bills and expenses, loss of income, pain, suffering, and inconvenience, and permanent impairment.

WHEREFORE, Plaintiff demands judgment in her favor against Defendant and compensatory damages, as shown by evidence, for the following: past and future medical and related expenses, past and future pain, suffering, inconvenience, loss of income, and permanent impairment.

Plaintiff further demands **TRIAL BY JURY,** judgment interest (where allowed by law), costs and expenses (where allowed by law), and any other relief the Court believes just and proper.

*s/ Brandon W. Smith*
Brandon W. Smith   #28165-22
Morgan & Morgan
426 Bank St. STE 300
New Albany, IN 47150
812-670-3313 (t)
812-850-6875 (f)
brandonsmith@forthepeople.com
*Counsel for Plaintiff*

## JURY DEMAND

Pursuant to TR 38(B), Plaintiff demands trial by jury on all triable issues.

*s/ Brandon W. Smith*
*Counsel for Plaintiff*

10C02-2008-CT-000115

Clark Circuit Court 2

Filed: 8/28/2020 11:29 AM
Clerk
Clark County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) ) SS: ) | CLARK COUNTY CIRCUIT COURT |
| COUNTY OF CLARK | | CAUSE NO.: |

KAREN DEATON

    Plaintiff,

v.

L & S FAMILY ENTERTAINMENT, LLC

<u>Serve Registered Agent</u>:
Capitol Corporate Services, Inc.
9221 Crawfordsville Rd.
Indianapolis, IN 46234

    Defendant

## SUMMONS

THE STATE OF INDIANA TO:    Capitol Corporate Services, Inc.
9221 Crawfordsville Rd.
Indianapolis, IN 46234

You have been sued by the Plaintiff in the Court stated above.

The nature of the suit against you is stated in the complaint, which is attached to this summons. It also states the demand, which the Plaintiff has made against you.

You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

It is suggested that you immediately consult an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated:

CERTIFIED MAIL

Dated: ___8/28/2020___

CLERK, CLARK CIRCUIT COURT

*Susan Popp*

(Seal: CLARK COUNTY CLERK, INDIANA)

| | | |
|---|---|---|
| STATE OF INDIANA | ) | CLARK COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO.: |

KAREN DEATON )
)
    Plaintiff, )
)
v. )
)
L & S FAMILY ENTERTAINMENT, LLC )
)
<u>Serve Registered Agent</u>: )
Capitol Corporate Services, Inc. )
9221 Crawfordsville Rd. )
Indianapolis, IN 46234 )
)
    Defendant

## COMPLAINT AND JURY DEMAND

Plaintiff, Karen Deaton, by counsel, states as follows for her Complaint:

1. At all relevant times, Plaintiff Karen Deaton permanently resided and was domiciled in Clark County, Indiana.

2. At all relevant times, Defendant L & S Family Entertainment was a Tennessee for-profit limited liability company with a principle office located in Hendersonville, Tennessee, that owned, controlled, operated, and maintained an entertainment center known as "Strike & Spare" located at 511 Little League Blvd Ste 100, Clarksville, IN, 47129, through its owners, managers, employees, agents and assigns.

3. This lawsuit alleges a tort injury that occurred in Clark County, Indiana, making this Court a proper and preferred venue to hear the action.

4. On or about the morning of March 14, 2020, Karen Deaton was a business invitee at Clarksville Strike & Spare using the roller skating rink.

5. Ms. Deaton was an experienced roller skater, and, at all relevant times, was skating within her range and ability, maintaining reasonable control of her speed and course, heeding all posted signs and warnings, maintaining a proper view, and otherwise skating in a reasonably safe manner exercising due care for her safety.

6. At all relevant times, in addition to common-law duties, Defendant, as an operator of a roller skating rink, owed Plaintiff duties pursuant to I.C. § 34-31-6-2, including (but not limited to) to maintain the skating surface in a proper and reasonably safe condition and to clean and inspect the skating surface before each skating session.

7. Known to Defendant but unknown to Ms. Deaton, Defendant had negligently and carelessly failed to clean the skating floor prior to opening, leaving trash and debris on the floor from the previous evening.

8. As a direct and proximate result of Defendant's negligence and breach of statutory duties, Ms. Deaton's skate struck an object on the floor, causing her to fall and sustain serious bodily injury.

9. As a direct and proximate result of her bodily injury, Plaintiff has and/or will incur in the future the following damages: medical bills and expenses, loss of income, pain, suffering, and inconvenience, and permanent impairment.

WHEREFORE, Plaintiff demands judgment in her favor against Defendant and compensatory damages, as shown by evidence, for the following: past and future medical and related expenses, past and future pain, suffering, inconvenience, loss of income, and permanent impairment.

Plaintiff further demands **TRIAL BY JURY,** judgment interest (where allowed by law), costs and expenses (where allowed by law), and any other relief the Court believes just and proper.

s/ Brandon W. Smith
Brandon W. Smith   #28165-22
Morgan & Morgan
426 Bank St. STE 300
New Albany, IN 47150
812-670-3313 (t)
812-850-6875 (f)
brandonsmith@forthepeople.com
*Counsel for Plaintiff*

## JURY DEMAND

Pursuant to TR 38(B), Plaintiff demands trial by jury on all triable issues.

s/ Brandon W. Smith
*Counsel for Plaintiff*

Filed: 9/28/2020 3:23 PM
Clerk
Clark County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | CLARK COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO. 10C02-2008-CT-000115 |

KAREN DEATON    )
                )
    Plaintiff,    )
                )
v.              )
                )
L & S FAMILY ENTERTAINMEN, LLC    )
                )
    Defendant    )

### NOTICE OF PROOF OF SERVICE

    Plaintiff, by counsel, hereby gives notice that a copy of the Summons, Complaint, and Appearance were served upon Defendant in this case, listed below, by Certified Mail Return Receipt Requested on September 1, 2020, with signed green card received on or before September 10, 2020.

Capitol Corporate Services, Inc.
9221 Crawfordsville Road
Indianapolis, IN 46234

The signed green cards is attached to this Notice as Exhibit A.

    Respectfully submitted,

    *s/ Brandon W. Smith*
    Brandon W. Smith, #28165-22
    MORGAN & MORGAN
    426 Bank Street, Suite 300
    New Albany, IN 47150
    (812) 670-3313 (t)
    brandonsmith@forthepeople.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was electronically filed via the Court's E-Filing System and serve via United States mail, postage prepaid on September 28, 2020 to the following:

Capitol Corporate Services, Inc.
9221 Crawfordsville Road
Indianapolis, IN 46234

*s/ Brandon W. Smith*
*Counsel for Plaintiff*

Filed: 9/28/2020 3:23 PM

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Capitol Corporate Services, Inc.
   9221 Crawfordsville Road
   Indianapolis IN 46234

2. Article Number

   7020 0640 0000 2104 1810

9590 9402 5144 9122 2723 08

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☒ Agent
                    ☐ Addressee

B. Received by (Printed Name)    John D.

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Filed: 9/28/2020 3:17 PM
Clerk
Clark County, Indiana

| STATE OF INDIANA | ) | IN THE CLARK CIRCUIT COURT |
| --- | --- | --- |
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO. 10C02-2008-CT-000115 |

KAREN DEATON,  )
 )
    Plaintiff,  )
 )
v.  )
 )
L&S FAMILY ENTERTAINMENT, LLC,  )
 )
    Defendant.  )

### E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:** Initiating ____ Responding _X_ Intervening ____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

    **DEFENDANT, L&S Family Entertainment, LLC**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    Name: Keith A. Gaston, Esq.        Atty. Number: 7069-49
    Name: Bruce D. Jones, Esq.         Atty. Number: 28624-29
    Name: Bradley M. Owen, Esq.        Atty. Number: 32711-32
    Name: Rachel O. Webster, Esq.      Atty. Number: 34251-49
    Address: Cruser, Mitchell, Novitz, Phone: (317) 816-0300
    Sanchez, Gaston & Zimet, LLP       FAX: (317) 816-1604
    3077 E. 98th Street, Suite 280     E-Mail: kgaston@cmlawfirm.com
    Indianapolis, IN 46280             bjones@cmlawfirm.com
                                       bowen@cmlawfirm.com
                                       rwebster@cmlawfirm.com

    **IMPORTANT:** Each attorney specified on this appearance:

    (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

    (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney;** and

    (c) understands that he/she is solely responsible for keeping his/her Roll of

{Firm/30059/00081/02745021.DOCX }

Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a CT case type as defined in Administrative Rule 8(B)(3).

4. This case involves child support issues. Yes__ No_X_

5. There are other party members: Yes__ No_X_

6. This case involves support issues. Yes__ No_X_

7. There are related cases: Yes__ No_X_

8. This form has been served on all other parties. Certificate of Service is attached: Yes__ No_X_

9. Additional information required by local rule:

Respectfully submitted,

CRUSER, MITCHELL, NOVITZ, SANCHEZ,
GASTON & ZIMET, LLP

/s/ Keith A. Gaston, Esq.
Keith A. Gaston, Esq., #7069-49

/s/ Bruce D. Jones, Esq.
Bruce D. Jones, Esq., #28624-29

/s/ Bradley M. Owen, Esq.
Bradley M. Owen, Esq., #32711-32

/s/ Rachel O. Webster, Esq.
Rachel O. Webster, Esq., #34251-49

*Counsel for Defendant,*
*L&S Family Entertainment, LLC*

{Firm/30059/00081/02745021.DOCX }

CRUSER, MITCHELL, NOVITZ, SANCHEZ,
GASTON & ZIMET, LLP
3077 E. 98th Street, Suite 280
Indianapolis, IN 46280
(317) 816 0300
(317) 816 1604 (fax)

## CERTIFICATE OF SERVICE

I certify that on September 28, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS).

I also certify that on September 28, 2020, the foregoing document was served upon the following person via IEFS.

Brandon W. Smith, Esq.
MORGAN & MORGAN
426 Bank Street, Suite 300
New Albany, IN 47150

/s/ Bradley M. Owen, Esq.

{Firm/30059/00081/02745021.DOCX }